**Tracy Lamar CARTER, Plaintiff–Appellant,**

v.

**Sawyer MARTIN, Officer, Aiken Department of Public Safety; Mike Hunt, Investigator, Aiken Department of Public Safety; Raymond O. Scott, Aiken Department of Public Safety, Defendants–Appellees.**

No. 02–6795.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 25, 2002.

Tracy Lamar Carter, Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Tracy Lamar Carter appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Carter v. Martin,* No. CA–02–1058–1–22BD (D.S.C. filed May 8, 2002; entered May 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*